THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL WAYNE WITCHER**                                                              **PLAINTIFF**

v.                                    Case No. 4:20-cv-00139-KGB

**JOHN STALEY, KEVIN SMITH, and KEVIN MCCOY**                       **DEFENDANTS**

**ORDER**

     Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Beth Deere on March 27, 2020 (Dkt. No. 6). Judge Deere recommends that plaintiff Michael Wayne Witcher's claims be dismissed without prejudice for failure to comply with a court order and want of prosecution. No objections have been filed, and the deadline for filing objections has since passed. After careful consideration, the Court finds no reason to alter or reject Judge Deere's conclusion.

     Accordingly, the Court adopts the Recommended Disposition in its entirety as this Court's findings of fact and conclusions of law. The Court dismisses Mr. Witcher's claims without prejudice.

     It is so ordered this 25th day of January, 2021.

                                                            _____
                                                            Kristine G. Baker
                                                            United States District Judge