THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL WAYNE WITCHER**                                                              **PLAINTIFF**

v.                                     Case No. 4:20-cv-00139-KGB

**JOHN STALEY, KEVIN SMITH, and KEVIN MCCOY**                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Michael Wayne Witcher's complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 25th day of January, 2021.

_____
Kristine G. Baker
United States District Judge